## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE: Damianos Loizou and Karen S. Schmermund
a/k/a Karen S. Loizou
Case No. 818-78265-A736

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

    Jacqueline Sullivan, being duly sworn, deposes and says:

    That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

    That on the 15th day of January, 2019, I served the within ***NOTICE OF HEARING, APPLICATION, AFFIDAVIT*** and ***ORDER*** upon the Office of the United States Trustee, the Debtor, Debtor's counsel and all parties who filed notice pursuant to Rule 2002 f the Federal Rules of Bankruptcy Procedure at the following address by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

### ***SEE ATTACHED SERVICE LIST***

_____
Jacqueline Sullivan

Sworn to before me this
15th day of January, 2019.

_____
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20__

## *SERVICE LIST*

Office of the United States Trustee
Alfonse M. D'Amato Courthouse
560 Federal Plaza
Central Islip, NY 11722

Damianos Loizou
227 Beverly Road
Huntington Station, NY 11746

Karen S. Schmermund-Loizou
227 Beverly Road
Huntington Station, NY 11746

Law Offices of Adam C. Gomerman
Attorneys for Debtor
807 East Jericho Turnpike
Huntington Station, NY 11746
Attn: Adam C. Gomerman, Esq.

Jaspan Schlesinger LLP
Attorneys for Bridgehampton National Bank,
successor by merger to Community National Bank
300 Garden City Plaza
Garden City, NY 11530
Attn: Antonia M. Donohue, Esq.

Kozeny & McCubbin, L.C. LLC
Attorneys for Specialized Loan Servicing, LLC
12400 Olive Boulevard, Suite 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.