# KOZENY & MCCUBBIN, L.C. LLC
### ATTORNEYS AT LAW

Tel: 314-991-0255

12400 Olive Blvd
Suite 555
Saint Louis, Missouri 63141

Fax: 314-567-8019

April 2, 2019

VIA ELECTRONIC FILING

Honorable Robert E. Grossman
United States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722

**Re:** **Damianos Loizou and Karen S. Schmermund, aka Karen S. Loizou**
**Creditor:** **Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-3**
**Chapter:** **7**
**Case:** **18-78265-reg**

Dear Judge Grossman,

This firm represents Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-3, a secured creditor of the above referenced Debtor.

Please accept this letter as confirmation that the Motion for Relief From Automatic Stay filed on behalf of Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation 2007-3 as ECF No. 15 is adjourned, on consent, from 04/10/2019 at 9:30 AM to 05/08/2019 at 9:30 AM.

Thank you for your time and consideration.

Respectfully,

/s/ Wesley T. Kozeny
By: Wesley T. Kozeny, Esq.
Attorney for Movant
12400 Olive Blvd, Ste 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
nybk@km-law.com

CC:
Adam C Gomerman (via ECF)
Marc A Pergament (via ECF)